PACHULSKI STANG ZIEHL & JONES LLP
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Brooke E. Wilson (CA Bar No. 354614)
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: (415) 263-7000
Email: jfiero@pszjlaw.com
jrosell@pszjlaw.com
bwilson@pszjlaw.com

*Counsel to the Plaintiff*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON,<br><br>Consolidated Debtor. | Case No. 24-10545 HLB<br><br>(Substantively Consolidated)<br><br>Chapter 11<br><br>Adv. Pro. No. 26-01020 |
| MICHAEL GOLDBERG, as trustee of the LFM Plan Recovery Trust,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>Defendant | **CERTIFICATE OF SERVICE** |

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Matthew Renck, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

On September 10, 2026, I caused to be served the following document in the manner stated below:

- ***COMPLAINT FOR AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS***
- ***SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING***
- ***ORDER RE INITIAL DISCLOSURES AND DISCOVERY CONFERENCE***

| | |
|---|---|
| ☐ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **_______**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☒ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On **September 10, 2026**, under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on September 10, 2026 at San Francisco California.

*/s/ Matthew Renck*
Matthew Renck

**TO BE SERVED VIA U.S. MAIL:**

| | | |
|---|---|---|
| **Citibank, N.A.**<br>Attn: Legal Department<br>5800 S Corporate Place<br>Sioux Falls, SD 57108 | **Citibank, N.A.**<br>c/o Sunil Garg<br>388 Greenwich St.<br>New York, NY 10013 | **Quantum3 Group LLC**<br>PO Box 788<br>Kirkland, WA 98083-0788 |