PACHULSKI STANG ZIEHL & JONES LLP
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Brooke E. Wilson (CA Bar No. 354614)
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: (415) 263-7000
Email: jfiero@pszjlaw.com
jrosell@pszjlaw.com
bwilson@pszjlaw.com

*Counsel to the Plaintiff*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re<br>LEFEVER MATTSON,<br>Consolidated Debtor. | Case No. 24-10545 HLB<br>(Substantively Consolidated)<br>Chapter 11 |
| MICHAEL GOLDBERG, as trustee of the LFM Plan Recovery Trust,<br>Plaintiff,<br>v.<br>CITIBANK, N.A.,<br>Defendant | Adv. Pro. No. 26-01020<br>**STIPULATION CONTINUING COMPLAINT RESPONSE DATE, INITIAL DISCLOSURE DATES, AND DISCOVERY CONFERENCE DATES** |

This Stipulation Continuing Complaint Response Date, Initial Disclosure Dates, and Discovery Conference Dates (the "***Stipulation***") is entered into by and between plaintiff Michael Goldberg, the duly-appointed Trustee ("***Trustee***" or "***Plaintiff***") of the LFM Plan Recovery Trust (the "***Trust***") and Citibank, N.A. ("***Defendant***") with regard to the following facts and circumstances:

**PRELIMINARY STATEMENT**

1. Plaintiff has served his Complaint for Avoidance and Recovery of Fraudulent Transfers (the "***Complaint***"), and the date currently set for Defendant's response is October 9, 2026.



PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2. The Court's Order re Initial Disclosures and Discovery Conference (the "***Scheduling Order***") was entered on September 10, 2026 at Docket Number 3. It sets forth a timeline for the discovery conference itself, initial disclosures, and the creation of a discovery plan.

3. The Court's Summons and Notice of Scheduling Conference set the scheduling conference herein for November 12, 2026 (the "***Scheduling Conference Date***"), and the dates in the Scheduling Order are keyed to such date.

4. The Complaint alleges more than 120 individual transfers going back as far as May 2017 and identifies total payments of more than $3.877 million. The parties wish to extend Defendant's time to respond to the Complaint and also extend the dates triggered by the November 12, 2026 Scheduling Conference Date to allow Defendant time to gather, examine and review the relevant records and, potentially, explore settlement.

NOW, THEREFORE, Plaintiff and Defendant stipulate and agree as follows:

1. Defendant's deadline to respond to the Complaint shall be extended 30 days to November 9, 2026.

2. Plaintiff and Defendant jointly ask the Court to re-set the Scheduling Conference date to a date convenient to the Court that is no earlier than December 7, 2026.

3. Plaintiff and Defendant jointly ask the Court to also order that all time periods described in the Scheduling Order remain the same but now be keyed to the newly-established Scheduling Conference Date.

Dated: October 5, 2026

PACHULSKI STANG ZIEHL & JONES LLP

By *\/s/ John D. Fiero*

John D. Fiero

*Counsel to the Plaintiff, Michael Goldberg, Trustee of the LFM Plan Recovery Trust*

Dated: October 5, 2026

MARTIN POWERS & COUNSEL, PLLC

By *\/s/ Meagan Martin Powers*

Meagan Martin Powers

*Counsel to Citibank, N.A.*