**Entered on Docket**
**October 6, 2026**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Signed and Filed: October 6, 2026**

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

PACHULSKI STANG ZIEHL & JONES LLP
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Brooke E. Wilson (CA Bar No. 35461
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: (415) 263-7000
Email: jfiero@pszjlaw.com
jrosell@pszjlaw.com
bwilson@pszjlaw.com

*Counsel to the Plaintiff*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re<br>LEFEVER MATTSON,<br>Consolidated Debtor. | Case No. 24-10545 HLB<br>(Substantively Consolidated)<br>Chapter 11 |
| MICHAEL GOLDBERG, as trustee of the LFM Plan Recovery Trust,<br>Plaintiff,<br>v.<br>CITIBANK, N.A.,<br>Defendant | Adv. Pro. No. 26-01020<br>**ORDER APPROVING STIPULATION CONTINUING COMPLAINT RESPONSE DATE, INITIAL DISCLOSURE DATES, AND DISCOVERY CONFERENCE DATES** |

Upon consideration of the *Stipulation Continuing Complaint Response Date, Initial Disclosure Dates, and Discovery Conference Dates* [Docket No. 5] (the "***Stipulation***"), filed on October 5, 2026, and good and sufficient cause having been shown;

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is approved.

2. The Scheduling Conference Date is reset to December 10, 2026 at 2:00 p.m. (Pacific Time).

3. All times periods described in the Scheduling Order shall remain the same and be calculated from the Scheduling Conference Date set forth in paragraph 2.

***** END OF ORDER *****

**APPROVED AS TO FORM:**

MARTIN POWERS & COUNSEL, PLLC

*/s/ Meagan Martin Powers*
Meagan Martin Powers
*Counsel to Citibank, N.A.*

**COURT SERVICE LIST**

*All ECF Participants.*