Entered on Docket
November 23, 2026
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: November 23, 2026

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re<br>LEFEVER MATTSON,<br>Consolidated Debtor. | Case No. 24-10545 HLB<br>(Substantively Consolidated)<br>Chapter 11 |
| MICHAEL GOLDBERG, as trustee of the LFM Plan Recovery Trust,<br>Plaintiff,<br>v.<br>CITIBANK, N.A.,<br>Defendant | Adv. Pro. No. 26-01020<br>**ORDER APPROVING SECOND STIPULATION TO CONTINUE ANSWER DEADLINE, SCHEDULING CONFERENCE, AND SCHEDULING CONFERENCE OBLIGATIONS** |

Upon consideration of the *Second Stipulation to Continue Response Deadline, Scheduling Conference, and Scheduling Conference Obligations* [Docket No. 7] *(the "**Stipulation**"),* filed on November 23, 2026, and good and sufficient cause having been shown;

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is approved.

2. Defendant's deadline to file an answer to the Complaint is January 22, 2027.

3. The Scheduling Conference is continued to February 25, 2027 at 2:00 p.m. (Pacific Time).

4. The Scheduling Conference Obligations are continued in accordance with the new hearing date and Fed. R. Bankr. P. 7026(a) and (f).

***** END OF ORDER *****

**APPROVED AS TO FORM:**

MARTIN POWERS & COUNSEL, PLLC

*/s/ Meagan Martin Powers*

Meagan Martin Powers

*Counsel to Citibank, N.A.*

**COURT SERVICE LIST**

*All ECF Participants.*